JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THERESA J. SUESS, | Case No. CV 17-08415 JAK (AFM) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Denying Plaintiff's Request to Proceed *In Forma Pauperis*,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: December 1, 2017

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE